UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

STEVE TOWNSEND,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

Case Number: 12-2771-JTM

                Defendant.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed July 10, 2013, that plaintiff's Motion for Default Judgment (Dkt. 7) is granted and judgment is entered against Defendant in the amount of $2,830.95.

TIMOTHY M. O'BRIEN, Clerk of Court

July 10, 2013
Date

By    s/ S. Smith
        Deputy Clerk